# TENTATIVE RULING

## ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: DANA AARON LINETT
Number: 19-05831-LA11

Hearing: 02:30 PM   Thursday, January 28, 2021

Motion: CREDITOR'S APPROVAL OF DISCLOSURE STATEMENT IN CH. 11 PLAN FILED BY THOMAS B. GORRILL ON BEHALF OF BARBARA LINETT. (Fr 12/17/20)

**MATTER CONTINUED TO FEB. 4, 2021 at 2:00 p.m.** per stipulation requesting continuance.   Appearances excused at today' hearing.

If parties are amenable to going to mediation on plan terms, please submit stipulation requesting a further continuance of this hearing and agreement to go to mediation.   If the parties do not have a preferred mediator, contact the courtroom deputy to obtain list of mediators on the Mediation Panel.