```
THOMAS B. GORRILL, ESQ. [SBN 102979]
Law Office of Thomas B. Gorrill
401 West "A" Street, Suite 1770
San Diego, CA 92101
Phone:  (619) 237-8889
eFax:   (619) 330-2125
E-mail: tom@gorrilalaw.com
```

Attorney for Barbara Linett

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DANA AARON LINETT,<br><br>Debtor(s) | CASE NO.  19-05831-LA11<br><br>STIPULATION TO CONTINUE HEARING ON CREDITOR'S FIRST AMENDED DISCLOSURE STATEMENT<br><br>Proposed New Hearing Date:<br>Date: March 18, 2021<br>Time: 2:00 p.m.<br><br>Present Hearing Date:<br>Date: Feb. 4, 2021<br>Time: 2:30 p.m.<br><br>Courtroom: 2<br>Room: 118 |

The Debtor, Dana Linett, and the Creditor, Barbara Linett, hereby stipulate as follows:

The hearing on Creditor's First Amended Disclosure Statement should be continued from February 4, 2021 to March 18, 2021 in order to permit the parties to explore a collaborative liquidation plan.  If the parties are unable to reach a consensus for a collaborative plan, then Creditor's reply to Debtor's opposition to the Amended Disclosure Statement is due by March 11, 2021.

Dated: January 28, 2021
    /s/   Thomas B. Gorrill
THOMAS B. GORRILL, ESQ.
Counsel for Creditor, Barbara Linett

Dated: January 28, 2021
    /s/   Gustavo Bravo
GUSTAVO BRAVO, ESQ.
Counsel for Debtor, Dana A. Linett

[Stip to Continue DS Hrg 2.0.wpd]    **Page 1**