# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DANA AARON LINETT |
| **Case Number:** | 19-05831-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 28, 2021 02:30 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

CREDITOR'S APPROVAL OF DISCLOSURE STATEMENT IN CH. 11 PLAN FILED BY THOMAS B. GORRILL ON BEHALF OF BARBARA LINETT. (Fr 12/17/20)

### Appearances:

Appearances excused.

### Disposition:

Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.