TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     DANA AARON LINETT
Number:     19-05831-LA11

Hearing:    02:00 PM   Thursday, February 11, 2021

Motion:    CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE   WITH ABOVE-REFERENCE REQUIREMENTS (Fr 12/17/20)

Court notes the following

1. No operating report filed since 12/11/20.   Jan MOR for Dec. is not on the docket.
2. No status report filed by 2/5/21.

Counsel for debtor must appear and be prepared to discuss whether conversion is appropriate for noncompliance with rules governing Ch. 11 cases.