John L. Smaha, Esq. Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
**SMAHA LAW GROUP**
2398 San Diego Avenue
San Diego, CA 92110
Tel: (619) 688-1557
Fax: (619) 688-1558

Attorneys for Debtor, Dana Aaron Linett dba Early American Numismatics

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re

DANA AARON LINETT, dba EARLY AMERICAN NUMISMATICS

Debtor,

Case No.  19-05831-LA11
Chapter 11

**STIPULATION TO CONTINUE HEARING ON THE OBJECTION TO CLAIM OF JULIA GARWOOD CLAIM NO. 8**

Hearing Date: February 25, 2021
Hearing Time: 2:00 p.m.
Dept.:        Three
Judge:        Hon. Louise DeCarl Adler

<u>*Proposed Hearing Date:*</u>
Hearing Date: March 18, 2021
Hearing Time: 2:00 p.m.
Dept.:        Three
Judge:        Hon. Louise DeCarl Adler

STIPULATION AND EX PARTE

IT IS HEREBY STIPULATED AND AGREED, by and among Debtor Dana Aaron Linett ("Debtor") and Julia Garwood ("Ms. Garwood"; collectively the "Parties"), by and through their counsel of record, as follows.

**RECITALS:**

1. On or about December 28, 2020, the Debtor filed an objection to the claim of Ms. Garwood, Proof of Claim No. 8 on the Court's Claims Register.

2. On or about January 27, 2021, Ms. Garwood filed a notice of hearing on the Debtor's Objection to Claim and filed her declaration in opposition.

3. The Debtor and Ms. Garwood met and conferred regarding the pending objection and agreed that the hearing should be continued to March 18, 2021, pending the resolution of Debtor's ongoing discussions with Barbara Linett regarding a potential liquidating plan and the appointment of a liquidating trustee. A liquidating plan and/or the conversion of this case may have an impact on the ongoing litigation between the Debtor and Ms. Garwood in the Superior Court of California and may ultimately affect the objection to claim.

4. Based upon the foregoing, the parties are executing this Stipulation, subject to the Court's approval, to continue the hearing on this matter to March 18, 2021 at 2:00 p.m. and to treat that hearing as a status conference.

**STIPULATION**

THEREFORE, the Debtor and Ms. Garwood stipulate, through their counsel, pending approval by the Court, as follows:

A. The hearing on the Debtor's Objection will be continued from February 25, 2021 to March 18, 2021 at 2:00 p.m., for status only.

B. The Court will set further dates at the status conference, including a reply date for the Debtor and further dates as the Court and the Parties deem necessary.

This Stipulation may be executed in counterparts. A draft of the proposed order is attached hereto as Exhibit "A".

1
STIPULATION

Dated: February 8, 2021                    **SMAHA LAW GROUP**

By:   /s/ Gustavo E. Bravo
      John L. Smaha, Esq.
      Gustavo E. Bravo
      SMAHA LAW GROUP,
      Attorneys for Debtor

Dated: February 9, 2021                    **LOCKHART BRITTON & KOCH**

By: *[signature: Michael Koch]*
      Michael Koch, Esq.
      LOCKHART BRITTON & KOCH
      Attorneys for creditor, Julia Garwood

John L. Smaha, Esq.  Bar No. 95855
Gustavo E. Bravo, Esq.  Bar No. 218752
**SMAHA LAW GROUP APC**
2398 San Diego Avenue
San Diego, California 92110
(619) 688-1557  Telephone
(619) 688-1558  Facsimile
Attorneys for Debtor, Dana Aaron Linett

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE              Case No. 19-05831-LA11

*In re Dana Aaron Linett*

    I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the within action.  My business address is 2398 San Diego Avenue, San Diego CA 92110.

    On February 10, 2021, I caused to be served the following document(s) described as:

1. **STIPULATION TO CONTINUE HEARING ON THE OBJECTION TO CLAIM OF JULIA GARWOOD CLAIM NO. 8; and**

2. **ORDER.**

U.S. TRUSTEE
Department of Justice
880 Front Street, Ste. 3230
San Diego, CA 92101

[X]  **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

[X]  **(To Be Served by the Court via Notice of Electronic Filing ("NEF"))**. Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **February 10, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Gustavo E. Bravo:           gbravo@smaha.com
Michael D. Breslauer:   mbreslauer@swsslaw.com, wyones@swsslaw.com
Theron S Covey:             tcovey@raslg.com, CAECF@tblaw.com
Sean C Ferry:                   sferry@raslg.com, bkyecf@rasflaw.com;sferry@ecf.courtdrive.com
Thomas B. Gorrill:          tom@gorillalaw.com, r53431@notify.bestcase.com
Michael Koch:                 MLKoch@live.com, lblaw7@gmail.com;r40511@notify.bestcase.com
Byron B. Mauss:             bmauss@swlaw.com, idelgado@swlaw.com

1

| | | |
|---|---|---|
| David Ortiz: | david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov | |
| John Smaha: | jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com | |
| U.S. Trustee: | ustp.region15@usdoj.gov | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 10, 2021**, San Diego, California.

/s/ *Amelda M. Dawson*
Amelda M. Dawswon