THOMAS B. GORRILL, ESQ. [SBN 102979]
Law Office of Thomas B. Gorrill
401 West "A" Street, Suite 1770
San Diego, CA 92101
Phone: (619) 237-8889
eFax:   (619) 330-2125
E-mail: tom@gorillalaw.com

Attorney for Barbara Linett

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re: | CASE NO.   19-05831-LA11 |
|---|---|
| DANA AARON LINETT, | Chapter 11 |
| Debtor(s) | STIPULATION TO CONTINUE HEARINGS ON CREDITOR'S FIRST AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 STATUS CONFERENCE |
| | Proposed New Hearing Date: Date: April 1, 2021 Time: 2:00 p.m. |
| | Present Hearing Date: Date: March 18, 2021 Time: 2:30 p.m. |
| | Courtroom: 2 Room: 118 |

The Debtor, Dana Linett, and the Creditor, Barbara Linett, hereby stipulate as follows:

The hearing on the Creditor's First Amended Disclosure Statement should be continued from March 18, 2021 to April 1, 2021 at 2:00 p.m. to allow the parties to discuss a collaborative liquidation plan. If the parties are unable to reach a consensus for a collaborative plan, then the Creditor's reply to Debtor's opposition to the First Amended Disclosure Statement is due by March 25, 2021.

[Stip to Continue DS Hrg 3.0.wpd]                                                    **Page 1**

1

2      In addition the parties hereto agree the Case Status Conference in the Chapter 11 and all

3   motions and matters pertaining to the status conference, currently set for March 18, 2021, should

4   also be continued to April 1, 2021 at 2:00 p.m. with any status reports to be filed on or before March

5   25, 2021.

6

7

8   Dated:  March 9, 2021                                    /s/   Thomas B. Gorrill
                                                            THOMAS B. GORRILL, ESQ.
9                                                           Counsel for Creditor, Barbara Linett

10

11  Dated:  March 9, 2021                                   /s/   Gustavo Bravo
                                                            GUSTAVO BRAVO, ESQ.
12                                                          Counsel for Debtor, Dana A. Linett

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Stip to Continue DS Hrg 3.0.wpd]                                          **Page 2**