John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq., Bar. No. 218752
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, California 92110
Telephone:  (619) 688-1557
Facsimile:  (619) 688-1558

Attorneys for Debtor, Dana Aaron Linett

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re

DANA AARON LINETT,

Debtor.

CASE NO. 19-05831-LA11

Chapter 11

STATUS REPORT FOR STATUS CONFERENCE AND VARIOUS OTHER MATTERS

DATE: April 1, 2021
TIME: 2:00 p.m.
DEPT.: Two
JUDGE: Hon. Louise DeCarl Adler

The Debtor, Dana Aaron Linett (the "Debtor") respectfully submits the following Status Report. As the Court is aware, the Debtor has previously filed various status conference reports and has updated the Court regarding the various reporting and administrative requirements required of the Debtor on filing a chapter 11 bankruptcy. The only matters still pending are the Debtor's operating reports. As of today, the Debtor is current on all operating reports, having timely filed its February report prior to March 20, 2021. In addition, the Debtor is informed and believes that he is current on U.S. Trustee's Fees. Finally, the Debtor believes he is now current on the support payments that he continues to be obligated to make under the cash collateral order entered by this Court.

///

In the meantime, through counsel the Debtor has been in ongoing discussions with Barbara Linett on a potential liquidating plan. The parties continue to meet and confer regarding a liquidating plan that will be agreeable to both parties and that would treat all creditors in accordance with the requirements of the Bankruptcy Code. A comprehensive liquidating trust has been exchanged and the parties are working on language changes. However, because a couple of issues remain, the Debtor and Barbara Linett, through their counsel, believe more time is needed to finalize those matters. Most changes being considered are likely to be mutually agreeable. A small number of items are more contentious and will require further discussions, perhaps a return to mediation for a final resolution. Debtor was also contacted by U.S. Bank's counsel indicating that U.S. Bank may have some comments or concerns. The Debtor will work with U.S. Bank to resolve any of its concerns. Lastly, it appears that the Court of Appeal is getting close to rendering a decision on the Dana Linett appeal.

As progress continues to be made, the Debtor and Barbara Linett would respectfully request that the status conference be continued again, for a period of two to four weeks to allow the Debtor and Barbara Linett to attempt to finalize the trust agreement. As this matter is of utmost important, the other matters currently on calendar for April 1, 2021, the disclosure statement hearing, the hearing on Debtor's objection to the claim of Julia Garwood, Barbara Linett's motion to suspend the adversarial action pending between the Debtor, Barbara Linett and U.S. Bank, the stats conference on that adversarial matter and all other mattes currently scheduled, may also be continued. Debtor's counsel will be prepared to appear at the status conference to discuss the status of discussions and/or to answer any questions the Court may have, if necessary. Alternatively, the Debtor and Barbara Linett's counsel would support having the matters continued without the need for a hearing. In order to move all matters scheduled for April 1, 2021, the Debtor would have had to discuss, prepare and have executed a number of different stipulations and proposed orders. It seems more administratively efficient to file this status report and request that the Court continue the pending matters for April 1, 2021 by tentative ruling or after considering any additional status updates to be provided at the April 1, 2021 hearing. Counsel are also prepared to address the Court at the scheduled hearing.

Dated: March 25, 2021

/s/ John L. Smaha
John L. Smaha, Esq.
Gustavo E. Bravo, Esq.
*Attorneys for Debtor and Debtor-in-Possession,*
Dana Aaron Linett

John L. Smaha, Esq. Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
**SMAHA LAW GROUP APC**
2398 San Diego Avenue
San Diego, California 92110
(619) 688-1557 Telephone
(619) 688-1558 Facsimile
Attorneys for Debtor, Dana Aaron Linett

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PROOF OF SERVICE                    Case No. 19-05831-LA11

*In re Dana Aaron Linett*

    I am employed in the City of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 2398 San Diego Avenue, San Diego CA 92110.

    On March 25, 2021, I caused to be served the following document(s) described as:

**1.    STATUS REPORT FOR STATUS CONFERENCE AND VARIOUS OTHER MATTERS**

U.S. TRUSTEE
Department of Justice
880 Front Street, Ste. 3230
San Diego, CA 92101

[X]    **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope. I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

[X]    **(To Be Served by the Court via Notice of Electronic Filing ("NEF")).** Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **March 25, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

| | |
|---|---|
| **Gustavo E. Bravo:** | gbravo@smaha.com |
| **Michael D. Breslauer:** | mbreslauer@swsslaw.com, wyones@swsslaw.com |
| **Theron S Covey:** | tcovey@raslg.com, CAECF@tblaw.com |
| **Sean C Ferry:** | sferry@raslg.com, bkyecf@rasflaw.com;sferry@ecf.courtdrive.com |
| **Thomas B. Gorrill:** | tom@gorillalaw.com, r53431@notify.bestcase.com |
| **Michael Koch:** | MLKoch@live.com, lblaw7@gmail.com;r40511@notify.bestcase.com |
| **Byron B. Mauss:** | bmauss@swlaw.com, idelgado@swlaw.com |
| **David Ortiz:** | david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov |

1

| | |
|---|---|
| John Smaha: | jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com |
| U.S. Trustee: | ustp.region15@usdoj.gov |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 25, 2021**, San Diego, California.

/s/ *Amelda M. Dawson*
Amelda M. Dawswon

2