TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:    DANA AARON LINETT

Number:    19-05831-LA11

Hearing:   02:00 PM  Thursday, April 1, 2021

1) Motion:   CREDITOR'S APPROVAL OF DISCLOSURE STATEMENT IN CH. 11 PLAN FILED BY THOMAS B. GORRILL ON BEHALF OF BARBARA LINETT. (Fr 12/17/20)

**MATTER CONTINUED TO MAY 6, 2021 at 2:00 p.m.**

The debtor's case status report in connection with this matter satisfies this Court that the debtor is current on MOR's and Trustee fees and is moving forward on preparation of a consensual liquidating plan. Accordingly, all matters scheduled for today's hearing will be continued with the requirement that a status report one week in advance of the continued hearing must be filed.

All appearances excused at today's hearing.

2) CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE WITH ABOVE-REFERENCE REQUIREMENTS (Fr 2/11/21)

**MATTER CONTINUED TO MAY 6, 2021 at 2:00 p.m.**

The debtor's case status report in connection with this matter satisfies this Court that the debtor is current on MOR's and Trustee fees and is moving forward on preparation of a consensual liquidating plan. Accordingly, all matters scheduled for today's hearing will be continued with the requirement that a status report one week in advance of the continued hearing must be filed.

All appearances excused at today's hearing.

3)STATUS CONFERENCE ON OBJECTION TO PROOF OF CLAIM NO. 8, JULIA GARWOOD.

**MATTER CONTINUED TO MAY 6, 2021 at 2:00 p.m.**

The debtor's case status report in connection with this matter satisfies this Court that the debtor is current on MOR's and Trustee fees and is moving forward on preparation of a consensual liquidating plan.  Accordingly, all matters scheduled for today's hearing will be continued with the requirement that a status report one week in advance of the continued hearing must be filed.

All appearances excused at today's hearing