John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq., Bar. No. 218752
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, California 92110
Telephone:   (619) 688-1557
Facsimile:    (619) 688-1558

Attorneys for Debtor, Dana Aaron Linett

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DANA AARON LINETT,<br><br>Debtor. | CASE NO.  19-05831-LA11<br><br>Chapter 11<br><br>STATUS REPORT FOR STATUS CONFERENCE AND VARIOUS OTHER MATTERS<br><br>DATE:  May 6, 2021<br>TIME:   2:00 p.m.<br>DEPT.:  Two<br>JUDGE: Hon. Louise DeCarl Adler |

      The Debtor, Dana Aaron Linett (the "Debtor") respectfully submits the following Status Report. As the Court is aware, the Debtor has previously filed various status conference reports and has updated the Court regarding the various reporting and administrative requirements required of the Debtor on filing a chapter 11 bankruptcy. The only matters still pending are the Debtor's operating reports. As of today, the Debtor is current on all operating reports, having timely filed its March report prior to April 20, 2021. In addition, the Debtor is informed and believes that he is current on U.S. Trustee's Fees. Finally, the Debtor believes he continues to be current on the support payments that he continues to be obligated to make under the cash collateral order entered by this Court.

///

In the meantime, the Debtor has been in ongoing discussions with Barbara Linett on a potential liquidating plan. Although significant progress has been made, there are a number of sticking points that Barbara Linett has indicated she is not willing to discuss further and is not willing to negotiate at this point. The Debtor likewise considers Barbara Linett's position on these points to be unacceptable. The Debtor suggested putting these issues up before the mediator that previously attempted to work a settlement in this case, Michael Breslauer. Unfortunately, Barbara Linett has indicated that any such mediation would be a delay that Barbara Linett is not willing to consider.

Given the impasse on these certain items, Barbara Linett's counsel has informed Debtor that it plans on proposing a plan based on the liquidating trust that has been discussed, albeit with the conditions and requirements that she prefers with reference to the items that the parties have reached an impasse on. In the meantime, Barbara Linett and the Debtor will continue to attempt to reach some agreement on those terms. If an agreement cannot be reached, then the Court may have to decide those issues that remain in dispute through the disclosure statement and confirmation process. Debtor's counsel has been informed that Barbara Linett has obtained a hearing date for approval of a disclosure statement for her soon to be filed amended plan. Based on this, the Debtor would respectfully request that the Court consider moving the status conference scheduled for May 6, 2021, along with all matters currently schedule for that day, to the new hearing date set aside by Mr. Thomas Gorrill, as Barbara Linett's counsel, for the second amended disclosure statement.

It is the Debtor's understanding that those changes that the parties are agreeable to will be reflected in the new disclosure statement filing. U.S. Bank has also requested some changes to the trust documents the parties have been discussing and the Debtor is informed by Mr. Gorrill that the changes requested by U.S. Bank will be made to the operative documents under his proposed second amended disclosure statement.

Dated: April 29, 2021                    /s/ John L. Smaha
                                         John L. Smaha, Esq.
                                         Gustavo E. Bravo, Esq.
                                         *Attorneys for Debtor and Debtor-in-Possession,*
                                         Dana Aaron Linett

John L. Smaha, Esq.  Bar No. 95855
Gustavo E. Bravo, Esq.  Bar No. 218752
**SMAHA LAW GROUP APC**
2398 San Diego Avenue
San Diego, California 92110
(619) 688-1557  Telephone
(619) 688-1558  Facsimile
Attorneys for Debtor, Dana Aaron Linett

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE                    Case No. 19-05831-LA11

*In re Dana Aaron Linett*

I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the within action.  My business address is 2398 San Diego Avenue, San Diego CA 92110.

On April 29, 2021, I caused to be served the following document(s) described as:

1. **STATUS REPORT FOR STATUS CONFERENCE AND VARIOUS OTHER MATTERS**

U.S. TRUSTEE
Department of Justice
880 Front Street, Ste. 3230
San Diego, CA 92101

[X]   **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

[X]   **(To Be Served by the Court via Notice of Electronic Filing ("NEF")).** Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **April 29, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Gustavo E. Bravo:         gbravo@smaha.com
Michael D. Breslauer: mbreslauer@swsslaw.com, wyones@swsslaw.com
Theron S Covey:           tcovey@raslg.com, CAECF@tblaw.com
Sean C Ferry:             sferry@raslg.com, bkyecf@rasflaw.com;sferry@ecf.courtdrive.com
Thomas B. Gorrill:        tom@gorillalaw.com, r53431@notify.bestcase.com
Michael Koch:             MLKoch@live.com, lblaw7@gmail.com;r40511@notify.bestcase.com
Byron B. Mauss:           bmauss@swlaw.com, idelgado@swlaw.com

1

| | | |
|---|---|---|
| David Ortiz: | david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov | |
| John Smaha: | jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com | |
| U.S. Trustee: | ustp.region15@usdoj.gov | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **April 29, 2021**, San Diego, California.

/s/ *Amelda M. Dawson*
Amelda M. Dawswon

2