TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: DANA AARON LINETT

Number: 19-05831-LA11

Hearing: 02:00 PM Thursday, May 6, 2021

Motion: CREDITOR'S MOTION FOR APPROVAL OF DISCLOSURE STATEMENT IN CH. 11 PLAN FILED BY THOMAS B. GORRILL ON BEHALF OF BARBARA LINETT (Fr 4/1/21)

**MATTER OFF CALENDAR**. Court understands that creditor will be filing a second amended d.s. and plan and has reserved a hearing date for June 17, 2021 for approval of same.

No appearances required on this matter at today's hearing.