TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     DANA AARON LINETT

Number:    19-05831-LA11

Hearing:    02:00 PM  Thursday, May  6, 2021

Motion:    CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE  WITH ABOVE-REFERENCE REQUIREMENTS (Fr 4/1/21)

**MATTER CONTINUED TO JUNE 17, 2021 at 2:00 p.m.**

Status reports to be filed one week in advance of cont'd hearing.

No appearances required at today's hearing.