# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | DANA AARON LINETT |
| **Case Number:** | 19-05831-LA11      **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 06, 2021 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | TRISH CALLIHAN |

### *Matters:*

1) CREDITOR'S MOTION FOR APPROVAL OF DISCLOSURE STATEMENT IN CH. 11 PLAN FILED BY THOMAS B. GORRILL ON BEHALF OF BARBARA LINETT (Fr 4/1/21)

2) CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE  WITH ABOVE-REFERENCE REQUIREMENTS (Fr 4/1/21)

3) STATUS CONFERENCE ON OBJECTION TO PROOF OF CLAIM NO. 8, JULIA GARWOOD (Fr 4/1/21)

### *Appearances:*

APPEARANCES EXCUSED

### *Disposition:*

1) Tentative Ruling of the Court is affirmed.  Appearances excused at hearing held on 5/6/21.

2-3) Tentative Ruling of the Court is affirmed.  Continued to 6/17/21 at 2:00 p.m. in Dept. 2.  Appearances excused at hearing held on 5/6/21.