**CSD 1149** [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-_____   Debtor.

**NOTICE OF HEARING AND MOTION FOR APPROVAL OF**
☐ **CHAPTER 11 DISCLOSURE STATEMENT**     ☐ **CHAPTER 11 PLAN OF REORGANIZATION**
☐ **CHAPTER 11 MODIFIED PLAN**     ☐ **CHAPTER 13 MODIFIED PLAN**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on _____, at _____.m., in Department ____, Room _____, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of _____, for [check the appropriate box]:

☐     Second Amended
      Approval of disclosure statement in chapter 11 case;

☐     Approval of plan of reorganization in chapter 11 case;

☐     Modification of a chapter 11 plan prior to confirmation; or

☐     Modification of a chapter 13 plan after confirmation.

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than twenty-eight (28)[1] days from the date of service**.

DATED:

_____
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

**CSD 1149**

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on _____ day of _____, I served a true copy of this NOTICE OF HEARING AND MOTION FOR APPROVAL by the mode of service shown below.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Debtor (or Debtor), if required:

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE  
ustp.region15@usdoj.gov

THOMAS H. BILLINGSLEA, JR., TRUSTEE  
Billingslea@thb.coxatwork.com

DAVID L. SKELTON, TRUSTEE  
admin@ch13.sdcoxmail.com  
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

CSD 1149

CSD 1149 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐   Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

CSD 1149

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 19-05831-LA11<br>Southern District of California<br>San Diego<br>Fri Jul 31 07:47:30 PDT 2020 | ~~Banco Popular North America<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853~~ | ~~U.S. Bank National Association<br>c/o Assayag Mauss, LLP<br>2915 Red Hill Avenue, Suite A200<br>Costa Mesa, CA 92626-7978~~ |
| ~~United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897~~ | ~~U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991~~ | BANCO POPULAR NORTH AMERICA<br>PHH Mortgage Corporation<br>Attn: Bankruptcy Department PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | ~~Barbara H. Linett<br>c/o Beatrice L. Snider, Esq.<br>9663 Tierra Grande, Ste. 301<br>San Diego, CA 92126-4571~~ | Beatrice L. Snider, APC<br>9663 Tierra Grande, Ste. 301<br>San Diego, CA 92126-4571 |
| Citi Advantage Gold Card<br>P.O. Box 78045<br>Phoenix, AZ 85062-8045 | Citi Costco<br>P.O. Box 78019<br>Phoenix, AZ 85062-8019 | ~~DAVID A. ORTIZ<br>OFFICE OF THE UNITED STATES TRUSTEE<br>880 FRONT STREET, SUITE 3230<br>SAN DIEGO, CA 92101-8897~~ |
| Deborah Linett<br>56 Krystal Drive<br>Somers, NY 10589-3031 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan<br>P.O. Box 6294<br>Hoffman Estates, IL 60179-0408 | Julia Garwood, Esq.<br>Garwood Attorneys, ALC<br>1450 Frazee Rd., Ste. 501<br>San Diego, CA 92108-4344 | Linda Cianciolo, Esq.<br>Law Office of Linda Cianciolo<br>3955 Falcon Street<br>San Diego, CA 92103-2942 |
| Linda Papst deLeon, Esq.<br>Law Office of Linda P. deLeon<br>5330 Carroll Canyon Road, Suite 250<br>San Diego, CA 92121-3757 | ~~Michael Koch<br>Lockhart, Britton & Koch<br>7777 Alvarado Road Suite 622<br>La Mesa CA 91942-8286~~ | Popular Mortgage Services<br>P.O. Box 94087<br>Palatine, IL 60094-4087 |
| ~~Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853~~ | ~~Robertson, Anschutz & Schneider PL<br>6409 Congress Ave, Ste 100<br>Boca Raton FL 33487-2853~~ | Squar Milner, CPA<br>3655 Nobel Dr., Ste. 300<br>San Diego, CA 92122-1050 |
| State of California<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento, CA 94240-0001 | Stephen Temko, Esq.<br>12636 High Bluff Dr., Ste. 200<br>San Diego, CA 92130-7003 | ~~Thomas Gorrill<br>401 West A Street, #1770<br>San Diego, CA 92101-7937~~ |
| ~~U.S. BANK, NATIONAL ASSOCIATION<br>Byron B. Mauss, Esq.<br>Joshua R. Duffy, Esq.<br>2915 Red Hill Avenue, Suite A200<br>Costa Mesa, California 92626-7978~~ | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Bank National Association<br>c/o Jeff LeGore<br>1838 W. Parkside Lane, Suite 115<br>Phoenix, AZ 85027-1370 |

| | | |
|---|---|---|
| US Bank<br>P.O. Box 790401<br>Saint Louis, MO 63179-0401 | US Bank<br>P.O. Box 790408<br>Phoenix, AZ 85062 | ~~Barbara Linett<br>c/o Edward Castro, Esq.<br>Law Offices of Beatrice L. Snider<br>9663 Tierra Grande Street, Ste. 301<br>San Diego, CA 92126-4571~~ |
| Dana Aaron Linett<br>P.O. Box 3541<br>Rancho Santa Fe, CA 92067-3541 | ~~Gustavo E. Bravo<br>Smaha Law Group<br>2398 San Diego Avenue<br>San Diego, CA 92110-2893~~ | ~~John Smaha<br>Smaha Law Group, APC<br>2398 San Diego Avenue<br>San Diego, CA 92110-2894~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 |
| (d)US Bank<br>P.O. Box 790179<br>Saint Louis, MO 63179 | (d)US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Beatrice Snider, APC | (u)Banco Popular North America | (d)U.S. Bank National Association<br>c/o Assayag Mauss LLP<br>2915 Red Hill Avenue, Suite A200<br>Costa Mesa, CA 92626-7978 |
| (u)Julia M Garwood | (u)Linda Papst de Leon | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     5<br>Total                   40 |