John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq., Bar. No. 218752
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, California 92110
Telephone:    (619) 688-1557
Facsimile:    (619) 688-1558

Attorneys for Debtor, Dana Aaron Linett

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re

DANA AARON LINETT,

                    Debtor.

CASE NO.   19-05831-LA11

Chapter 11

DEBTOR'S STATUS ON PLAN
AND DISCLOSURE STATEMENT

DATE:    June 24, 2021
TIME:    2:00 p.m.
DEPT.:   Two
JUDGE: Hon. Louise DeCarl Adler

DEBTOR'S STATUS ON PLAN AND DISCLOSURE STATEMENT

1    The Debtor, Dana Aaron Linett (the "Debtor") respectfully submits the following status

2    report on the pending Disclosure Statement submitted by Barbara Linett, the hearing thereon set

3    for June 24, 2021 at 2:00 p.m., in Department Two of the above identified court before the

4    Honorable Louise DeCarl Adler, and the various other matters set for hearing on that day.

5    Debtor's counsel and counsel for Barbara Linett have met and conferred regarding the

6    language of the liquidating trust submitted with Barbara Linett latest Disclosure Statement and

7    Plan of Reorganization.  Debtor's counsel and Barbara Linett have finalized a draft of the

8    liquidating trust and, as of this writing, have been submitted to the Debtor and Barbara Linett for

9    their final review and approval.  Debtor's counsel is further informed and believes that a draft is

10   being provided to counsel for U.S. Bank for its review and approval.

11   If the draft is approved by the parties reviewing the liquidating trust, it is anticipated that

12   the Debtor and Barbara Linett would then proceed with a joint plan of reorganization.  Debtor's

13   counsel would then revise the current plan and disclosure statement submitted by Barbara Linett

14   in order to make those documents consistent with the approved draft of the liquidating trust.

15   Debtor would then file the joint disclosure statement and the joint plan of reorganization.  In the

16   meantime, there is one issue in the liquidating trust that the parties have been unable to resolve.

17   It is a limited issue related to the treatment of the Debtor's declared homestead exemption.  The

18   parties have agreed that this issue should be resolved by the Court prior to the confirmation of

19   any finalized joint plan.  The parties will explain the issues and ask the Court to set a briefing

20   schedule on the issues related to the Debtor's homestead exemption at the June 24th hearing.

21   With reference to the other pending matters before the Court set for hearing on June 24th,

22   the Debtor believes that all matters should then be continued to trail the disclosure statement and

23   plan process.

24   As for the pending request to employ the law firm of Yale & Baumgarten, LLP, the

25   Debtor has received the two oppositions filed by Barbara Linett and Julia Garwood.  Both

26   oppositions indicate that the approval of Yale & Baumgarten, LLP, should be delayed until such

27   time as the Court has heard the Debtor's motion to approve the payment of the retainer.  Debtor

28   has no objection to such a delay.  The Debtor believes the retainer payment should be approved

---

1

**DEBTOR'S STATUS ON PLAN AND DISCLOSURE STATEMENT**

for the reasons stated in its motion papers.  Further, although the Debtor did not confer with counsel for U.S. Bank prior to filing the motion, the parties have conferred regarding the cash collateral issues related thereto and the Debtor will provide information requested by U.S. Bank for it to adequately consider the pending motion.

Dated: June 9, 2021

/s/ John L. Smaha
John L. Smaha, Esq.
Gustavo E. Bravo, Esq.
*Attorneys for Debtor and Debtor-in-Possession,*
Dana Aaron Linett

---

2

**DEBTOR'S STATUS ON PLAN AND DISCLOSURE STATEMENT**

1 | John L. Smaha, Esq. Bar No. 95855
2 | Gustavo E. Bravo, Esq. Bar No. 218752
  | **SMAHA LAW GROUP APC**
3 | 2398 San Diego Avenue
  | San Diego, California 92110
4 | (619) 688-1557 Telephone
  | (619) 688-1558 Facsimile
5 | Attorneys for Debtor, Dana Aaron Linett

6 | **UNITED STATES BANKRUPTCY COURT**
  | **SOUTHERN DISTRICT OF CALIFORNIA**

7 | **PROOF OF SERVICE**                          Case No. 19-05831-LA11

8 | *In re Dana Aaron Linett*

9 |
10 | I am employed in the City of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 2398 San Diego Avenue, San Diego CA 92110.

11 | On June 9, 2021, I caused to be served the following document(s) described as:

12 | **1.        DEBTOR'S STATUS ON PLAN AND DISCLOSURE STATEMENT**

13 | U.S. TRUSTEE
14 | Department of Justice
   | 880 Front Street, Ste. 3230
15 | San Diego, CA 92101

16 | **[X]**    (**BY MAIL**) I served the individual named by placing the documents in a sealed envelope. I then
17 |            placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

18 | **[X]**    (**To Be Served by the Court via Notice of Electronic Filing ("NEF")**). Under controlling Local
19 |            Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and
   |            hyperlink to the document. On **June 9, 2021**, I checked the CM/ECF docket for this bankruptcy case
20 |            or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice
   |            List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

21 |            **Gustavo E. Bravo:**      **gbravo@smaha.com**
22 |            **Michael D. Breslauer:**  **mbreslauer@swsslaw.com, wyones@swsslaw.com**
   |            **Theron S Covey:**        **TheronCovey@gmail.com, sferry@raslg.com**
23 |            **Sean C Ferry:**          **sferry@raslg.com, bkyecf@rasflaw.com;sferry@ecf.courtdrive.com**
   |            **Thomas B. Gorrill:**     **tom@gorillalaw.com, r53431@notify.bestcase.com**
24 |            **Michael Koch:**          **MLKoch@live.com, lblaw7@gmail.com;r40511@notify.bestcase.com**
   |            **Byron B. Mauss:**        **bmauss@swlaw.com, idelgado@swlaw.com**
25 |            **David Ortiz:**           **david.a.ortiz@usdoj.gov,**
   |                                       **USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.**
26 |                                       **s.feuerstein@usdoj.gov**

27 |

1

| | |
|---|---|
| **John Smaha:** | jsmaha@smaha.com, |
| | gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com |
| **U.S. Trustee:** | ustp.region15@usdoj.gov |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **June 9, 2021**, San Diego, California.

_/s/ Amelda M. Dawson_
Amelda M. Dawswon

2