# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DANA AARON LINETT |
| **Case Number:** | 19-05831-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JULY 29, 2021 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) CREDITOR'S SECOND AMENDED DISCLOSURE STATEMENT RE: SECOND AMENDED LIQUIDATION PLAN - FILED BY THOMAS B. GORRILL ON BEHALF OF BARBARA LINETT. (Fr 6/24/21)

2) CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE  WITH ABOVE-REFERENCE REQUIREMENTS (Fr 6/24/21)

3) STATUS CONFERENCE ON OBJECTION TO PROOF OF CLAIM NO. 8, JULIA GARWOOD (Fr 6/24/21)

### Appearances:

JOHN SMAHA, ATTORNEY FOR DANA AARON LINETT (Tele)
MICHAEL KOCH, ATTORNEY FOR JULIE GARWOOD (Tele)
JOSHUA DUFFY, ATTORNEY FOR U.S. BANK NATIONAL ASSOC. (Tele)
THOMAS B. GORRILL, ATTORNEY FOR BARBARA  LINETT (Tele)
DAVID ORTIZ, ATTORNEY FOR UNITED STATES TRUSTEE (Tele)

### Disposition:

1-3) Hearing continued to 8/26/21 at 2:00 for Mr. Gorrill to file a joint amended plan filed by 8/9/21.