# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DANA AARON LINETT |
| **Case Number:** | 19-05831-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 09, 2021 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) JOINT DISCLOSURE STATEMENT REGARDING JOINT LIQUIDATING PLAN OF REORGANIZATION FILED BY JOHN SMAHA ON BEHALF OF DANA AARON LINETT.

2) CREDITOR'S SECOND AMENDED DISCLOSURE STATEMENT RE: SECOND AMENDED LIQUIDATION PLAN - FILED BY THOMAS B. GORRILL ON BEHALF OF BARBARA LINETT (Fr 8/26/21)

3) CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINES; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSE OF NONCOMPLIANCE WITH ABOVE-REFERENCE REQUIREMENTS (Fr 8/26/21)

### Appearances:

GUSTAVO E. BRAVO, ATTORNEY FOR DANA AARON LINETT (Tele)
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE (Tele)
MICHAEL KOCH, ATTORNEY FOR JULIE GARWOOD (Tele)
THOMAS B. GORRILL, ATTORNEY FOR BARBARA LINETT (Tele)
JOSHUA DUFFY, ATTORNEY FOR U.S. BANK NATIONAL ASSOC. (Tele)

### Disposition:

1) Approved with amendments as stated on the record, continued to 11/4/21 at 2:30 for Mr. Bravo to file an order of the final version of the D/S by next Friday.

The Court to review DE #250; pages 25-26 at line 27 to page 26 line 2.

Debtor to file a motion for discharge on confirmation to be heard at same hearing date as stated.

2-3) matters are off calendar.