Sean C. Ferry (310347)
sferry@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
350 10th Ave., Suite 1000
San Diego, CA 92101
Telephone: (561) 613-6935

Attorneys for Creditor
PHH MORTGAGE CORPORATION ON
BEHALF OF BANCO POPULAR NORTH
AMERICA

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN CENTRAL DISTRICT OF CALIFORNIA- SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>Dana Aaron Linett,<br><br>Debtor. | Case No. 19-05831-LA11<br><br>Chapter 11<br><br>**OBJECTION TO CONFIRMATION OF DEBTOR'S JOINT LIQUIDATING CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Confirmation Hearing:**<br>DATE:  November 4, 2021<br>TIME:   2:30 p.m.<br>CTRM:  118<br>DEPT:   2<br><br>**Subject Property:**<br>14810 Rancho Santa Fe Farm<br>Rancho Santa Fe, CA 92067 |

Banco Popular North America, by and through its authorized loan servicing agent, PHH Mortgage (collectively the "Creditor") hereby submits this Objection to Confirmation of the Debtor's Fourth Amended Chapter 11 Plan of Reorganization (the "Objection").

### I.     STATEMENT OF FACTS[1]

1.     Creditor is the beneficiary of a Deed of Trust encumbering the real property located at 14810 Rancho Santa Fe Farm, Rancho Santa Fe, CA 92067 (the "Subject Property").

---

[1] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the Court take judicial notice of the sworn bankruptcy schedules and other relevant documents filed in the instant case. References to the dockets are in the following format: Docket Entry No. [Number].

2.  Creditor filed a Proof of Claim in the instant case on December 4, 2019. *See* Claims Register, Claim No. 6-1. The Proof of Claim provides for a secured claim in the amount of $1,329,291.56. *Id.*

3.  The Debtor filed its Joint Liquidating Initial Chapter 11 Plan (the "Plan") on September 16, 2021. *See* Docket Entry No. 273 & 274.

4.  Creditor's claim is provided for in the Plan under "Class 1a". The Plan proposes to sell the Subject Property at which point Creditor shall be paid in full from the net proceeds of the sale after costs of sale are paid.

5.  The Plan does not provide for a date in which a sale needs to occur.

6.  Creditor now submits its Limited Objection to the Debtor's Plan.

## II.    ARGUMENT

**A.    <u>Creditor does not Consent to the Proposed Plan Treatment.</u>**

As discussed above, the Plan seeks to sell the Subject Property and pay Creditor off. Normally, Creditor wouldn't have an opposition to the proposed treatment. However, this plan is deficient in the fact that it fails to specify a drop-dead date in which the Subject Property is to be sold. As the loan is non-escrowed, Debtor is supposed to be making payments on the property taxes. There is a tax default with regard to the Subject Property. If the Subject Property is not sold expeditiously, the property becomes less protected due to an increasing property tax bill. Creditor would request a drop-dead date for which a sale is to occur. If the Subject Property is not sold by that specified date, then Creditor shall have the ability to proceed with its state law remedies without the fear of violating of a plan injunction.

//
//
//
//
//
//
//
//
//
//

**WHEREFORE**, Creditor respectfully requests:

1. That confirmation of the Plan be denied;

2. For such other and further relief as this court deems just and proper

Respectfully submitted,

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**

Dated: October 18, 2021

/s/ Sean C. Ferry
Sean C. Ferry
Attorney for Creditor PHH MORTGAGE CORPORATION ON BEHALF OF BANCO POPULAR NORTH AMERICA

|   |   |
|---|---|
| Sean C. Ferry (310347) <br> sferry@raslg.com <br> **ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP** <br> 350 10th Ave., Suite 1000 <br> San Diego, CA 92101 <br> Telephone: (561) 613-6935 <br><br> Attorneys for Creditor <br> PHH MORTGAGE CORPORATION ON BEHALF OF BANCO POPULAR NORTH AMERICA | |

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN CENTRAL DISTRICT OF CALIFORNIA- SAN DIEGO DIVISION

| | |
|---|---|
| In re <br><br> Dana Aaron Linett, <br><br> Debtor. | Case No. 19-05831-LA11 <br><br> Chapter 11 <br><br> **CERTIFICATE OF SERVICE** |

I, Sean C. Ferry, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned case; my business address is 350 10th Avenue, Suite 1000, San Diego, CA 92101.

On October 18, 2021, I caused copies of the following document(s) to be served:

1. **Objection to Confirmation of Chapter 11 Plan**

in the following manner on the parties listed below:

- **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

-1-

Dana Aaron Linett
P.O. Box 3541
Rancho Santa Fe, CA 92067

Stephen Temko
P.O. Box 3907
San Luis Obispo, CA 93403

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122

Martin A. Eliopulos
Higgs, Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101

Michael D. Breslauer
401 B Street, Suite 1200
San Diego, CA 92101

- **BY ELECTROIC SERVICE (ECF):**

    o Gustavo E. Bravo     gbravo@smaha.com
    o Michael D. Breslauer     mbreslauer@swsslaw.com, wyones@swsslaw.com
    o Theron S Covey     TheronCovey@gmail.com, sferry@raslg.com
    o Sean C Ferry     sferry@raslg.com, bkyecf@rasflaw.com;sferry@ecf.courtdrive.com
    o Thomas B. Gorrill     tom@gorillalaw.com, r53431@notify.bestcase.com
    o Michael Koch     MLKoch@live.com, lblaw7@gmail.com;r40511@notify.bestcase.com
    o Byron B. Mauss     bmauss@swlaw.com, idelgado@swlaw.com
    o David Ortiz     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
    o John Smaha     jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com
    o United States Trustee     ustp.region15@usdoj.gov

   I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

   Executed on this 26th day of April, 2021.

                                                                            /s/ Sean C. Ferry
                                                                            Sean C. Ferry