1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq., Bar. No. 218752
John Paul Teague, Esq., Bar No. 254249
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, California 92110
Telephone:      (619) 688-1557
Facsimile:      (619) 688-1558

Attorneys for Debtor, Dana Linett

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re

DANA LINETT

Debtor.

CASE NO. 19-05831-LA11

Chapter 11

**FEE APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL YALE & BAUMGARTEN, LLP**

Date:   February 10, 2022
Time:   2:00 p.m.
Dept:   2; Room: 118
Judge: Hon. Louise D. Adler

FEE APPLICATION FOR COMPENSATION OF YALE & BAUMGARTEN, LLP

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re

DANA LINETT,

                        Debtor.

CASE NO: 19-05831-LA11

Chapter 11

**SUMMARY SHEET FOR DANA LINETT**

Date:  February 10, 2022
Time:  2:00 p.m.
Dept:  2; Room: 118
Judge: Hon. Louise D. Adler

## CURRENT APPLICATION

| | | | |
|---|---|---|---|
| **Fees Requested:** | **$10,000.00** | Fees Previously Requested: | **$0.00** |
| **Expenses Requested:** | **$0.00** | Fees Previously Awarded: | **$0.00** |
| **Fees Previously Awarded and Fees Held Back:** | **$0.00** | Fees Previously Awarded, but Not Yet Paid: | **$0.00** |
| **Total Fees and Costs Requested:** | **$10,000.00** | Fees Held Back: | **$0.00** |
| | | **Total Fees (Previously Awarded and Held Back)** | **$0.00** |
| | | Expenses Previously Requested: | **$0.00** |
| | | Expenses Previously Awarded: | **$0.00** |

For a chronological listing of all services rendered and all expenses incurred on behalf of Debtor, the applicant has attached to this application a true and correct copy of the applicant's time sheet for hourly fees incurred from August 26, 2021 through January 10, 2022, as Exhibit "A".

Applicant certifies that the Debtor has received the application for compensation and reimbursement for expenses and has indicated that they have no objection to the fees at this time but reserve the right to file a separate opposition to the application prior to the hearing.

///

FEE APPLICATION FOR COMPENSATION OF YALE & BAUMGARTEN, LLP

# I.
# INTRODUCTION

Yale & Baumgarten, LLP was employed by the Debtor, Dana Linett as special counsel via an order of this Court that was executed on August 26, 2021. (Docket No. 256 (confirming tentative ruling Docket No. 252.) Eugene P. Yale, on behalf of his firm, respectfully requests this Court to award, as an administrative expense for services rendered in connection with these bankruptcy proceedings, the sum of $10,000 for professional fees, which represents fees accrued (as capped by the Fee Agreement) during the time period from August 26, 2021 through January 10, 2022. This is Yale & Baumgarten, LLP's first fee application.

# II.
# NARRATIVE SUMMARY

On July 29, 2021, the Debtor, Dana Linett (the "Debtor"), herein filed a petition for relief in this Court pursuant to 11 U.S.C. The Debtors applied to employ Yale & Baumgarten, LLP to review the underlying litigation files from Debtor's divorce proceeding against Barbara Linett, San Diego Superior Court case no. D545205, and analyze the merits of Debtor's claims for Legal Malpractice against (a) Julia Garwood, Casey Reeves, and Julia M. Garwood, a Professional Law Corporation, the Law Offices of Julia M Gatwood, APLC dba Garwood Family Law & Mediation Law Offices, and/or Mediation Center of Julia M. Garwood, APC (collectively "Garwood Parties"); (b) Linda Cianciolo (and any law firm or entity with whom she may have been affiliated during the relevant time); and/or (c) Linda Pabst de Leon (and any law firm or entity with whom, she may have been affiliated during the relevant time).

Yale & Baumgarten, LLP reviewed and analyzed the files and records of the Debtor in order to determine the Debtor's claims for Legal Malpractice. While Yale & Baumgarten, LLP was performing its retained tasks, Debtor's claims were assigned to Thomas Hebrank, Liquidating Trustee, pursuant to the Joint Liquidating Plan of Reorganization filed September 16, 2021. After a diligent review of materials Yale & Baumgarten, LLP has discussed the merits of Debtor's claims with the Trustee and Trustee's counsel with the Debtors in detail. There are presently two legal malpractice complaints pending litigation in the San Diego Superior Court styled Linett v. Garwood, case number 37-2016-00021440-CU-PN-CTL and Linett v. De Leon, case number 37-2021-00039806-CU-PN-CTL. Because those lawsuits are pending and are the subject of ongoing litigation, Yale & Baumgarten, LLP's analysis, findings, and opinions, are

3

1    intentionally omitted from this application pursuant to the Attorney Client Privilege and Attorney

2    Work Product Doctrine.

3         The Debtor selected the law firm of Yale & Baumgarten, LLP because of its experience

4    in rendering counsel to clients with professional negligence claims against their former attorneys.

5    Yale & Baumgarten, LLP, has extensive experience in litigation matters specifically related to

6    claims of legal malpractice as well as family law litigation.  Mr. Yale has over forty years of

7    experience in litigation matters (and over 25 years in the malpractice area), Mr. Baumgarten has

8    nearly thirty years of experience in litigation matters (and over 15 years in the malpractice area),

9    and Ms. Yale has over 10 years of experience litigating family law matters (and has been

10    extensively involved in the firm's malpractice litigation during those years as well).  Yale &

11    Baumgarten, LLP has represented clients in various trials against legal practitioners.

12         Family Law litigation matters involving assets and businesses such as Debtor's are

13    usually complicated and intense, and this particular case has a substantially longer and more

14    complex procedural history (both pre- and post-judgment) than most divorces.  Therefore, it was

15    necessary to employ special counsel experienced in such litigation as it relates to and arises from

16    specific aspects of family law litigation and procedure.  Because of Yale & Baumgarten, LLP's

17    extensive experience in the area of legal malpractice as well as family law litigation in particular,

18    the Debtor believed it would be best suited to assist the Debtor and Debtor's counsel in the

19    adversarial matter.  Due to the complexity and intensity of the underlying litigation and its

20    complicated/involved procedural history, the Debtor believed the employment of Yale &

21    Baumgarten, LLP was necessary to ensure the full and effective analysis of his potential legal

22    malpractice claims against his former attorneys.

### III.
### CONCLUSION

23         **WHEREFORE,** your applicant prays that upon hearing in this matter, the Court issue an

24    order:

25         1.    Approving professional attorneys' fees of Yale & Baumgarten, LLP, from August

26              26, 2021 through January 10, 2022 in the amount of $10,000 as capped by the

27              retainer agreement;

28

FEE APPLICATION FOR COMPENSATION OF YALE & BAUMGARTEN, LLP

1    2.    Authorizing payment of the same;

2    3.    For such other and further relief as the Court may deem just and proper.

3

4    Dated: January 12, 2022                                 /s/ Eugene P. Yale
                                                    Eugene P. Yale
5                                                   **Yale & Baumgarten, LLP, LLP**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEE APPLICATION FOR COMPENSATION OF YALE & BAUMGARTEN, LLP

# EXHIBIT A

**Yale & Baumgarten LLP**
1450 Frazee Road
Suite 403
San Diego, CA 92108
619-220-8790

Yale & Baumgarten LLP

**Dana Linett**
P.O. Box 3507
Rancho Santa Fe, CA 92067

| | |
|---|---|
| **Balance** | $22,287.50 |
| **Invoice #** | 02130 |
| **Invoice Date** | January 13, 2022 |
| **Payment Terms** | |
| **Due Date** | |

---

## Dana Linett Legal Malpractice Claim Review

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/27/2021 | SMY | Review | Review email from Mr. Linett re BK court approval and status of underlying malpractice litigation; briefly review electronic folder with first set of 100+ documents | $300.00 | 0.50 | $150.00 |
| 09/01/2021 | SMY | Phone Call | Phone call with client re physical files; phone call with attorney Smaha re digitizing files; review electronic folder of files from Smaha firm | $300.00 | 0.25 | $75.00 |
| 09/02/2021 | SMY | Email exchange | Email exchange with client re transmission of file boxes | $300.00 | 0.20 | $60.00 |
| 09/03/2021 | SMY | Email exchange | Email exchange with client re contentions; review multiple emails from client re same and review attached documents | $300.00 | 1.00 | $300.00 |
| 09/03/2021 | SMY | Review | Review file contents/catalog | $300.00 | 1.50 | $450.00 |
| 09/09/2021 | SMY | Email exchange | Email exchange with client re additional documents and boxes will be delivered | $300.00 | 0.25 | $75.00 |
| 09/10/2021 | SMY | Review | Brief review of contents of 10 boxes delivered by client to prioritize documents to be reviewed | $300.00 | 0.75 | $225.00 |
| 09/10/2021 | SMY | Review | Email exchange with client re original email files; phone call re same; draft letters to former counsel requesting their files directly | $300.00 | 1.00 | $300.00 |
| 09/15/2021 | SMY | Review | Review numerous emails from client | $300.00 | 0.50 | $150.00 |
| 09/16/2021 | SMY | Review | Brief review of 11 boxes delivered by client; organize for priority of review | $300.00 | 1.00 | $300.00 |
| 09/22/2021 | SMY | Review | Review and catalog contents of boxes delivered by client; review files within | $300.00 | 3.00 | $900.00 |
| 09/23/2021 | SMY | Phone Call | Phone call with attorney Corinne Bertsche (Garwood's malpractice counsel) re underlying file | $300.00 | 0.30 | $90.00 |
| 09/28/2021 | SMY | Review File | Research and analyze conflict and waiver issues | $300.00 | 1.75 | $525.00 |

| 09/29/2021 | SMY | Email exchange | Email exchange with Corinne Bertsche re electronic file link (more than 50,000 bates pages; more than 16,000 pages in correspondence files alone); review contents of files and prioritize documents to review; download files | $300.00 | 1.50 | $450.00 |
|---|---|---|---|---|---|---|
| 09/30/2021 | SMY | Review File | Continue reviewing and cataloging file contents | $300.00 | 2.00 | $600.00 |
| 10/04/2021 | SMY | Review File | Review and analyze email communications | $300.00 | 3.25 | $975.00 |
| 10/04/2021 | SMY | Email exchange | Email exchange with client re files received | $300.00 | 0.20 | $60.00 |
| 10/05/2021 | SMY | Review | Review and catalog box contents; review files | $300.00 | 2.00 | $600.00 |
| 10/08/2021 | SMY | Review File | Review and analyze pleadings/trial briefs | $300.00 | 2.60 | $780.00 |
| 10/12/2021 | SMY | Review | Review and analyze correspondence files | $300.00 | 2.75 | $825.00 |
| 10/14/2021 | SMY | Review File | Review and analyze pre-trial/pre-mediation email communication/concerns/advice between Garwood/Reeves and Mr. Linett | $300.00 | 1.50 | $450.00 |
| 10/23/2021 | SMY | Review File | Review and analyze correspondence files | $300.00 | 2.00 | $600.00 |
| 10/25/2021 | SMY | Review File | Continue reviewing underlying case file | $300.00 | 3.00 | $900.00 |
| 10/26/2021 | SMY | Review | Continue reviewing underlying case file | $300.00 | 3.00 | $900.00 |
| 10/26/2021 | SMY | Email exchange | Email exchange with attorney Smaha and client re status of file review and extensive nature of files received for review beyond originally estimate of file size | $300.00 | 0.25 | $75.00 |
| 10/26/2021 | SMY | Review | Review transcripts from Prenup Revocation Trial; review settlement transcript; review transcripts from earlier motions; | $300.00 | 2.50 | $750.00 |
| 10/27/2021 | SMY | Email exchange | Email exchange with attorney Bertsche re text messages not yet produced | $300.00 | 0.20 | $60.00 |
| 10/27/2021 | SMY | Review | Review email from attorney Bertsche re text messages produced; review text message attachments | $300.00 | 0.40 | $120.00 |
| 10/27/2021 | SMY | Email exchange | Email exchange with client and attorney Smaha re status of extensive file review | $300.00 | 0.40 | $120.00 |
| 11/05/2021 | SMY | Phone Call | Phone call with client | $300.00 | 1.00 | $300.00 |
| 11/06/2021 | SMY | Analyze | Perform in-depth analysis of final mediation, settlement entered on record, and comparison to final settlement agreement | $300.00 | 2.00 | $600.00 |
| 11/09/2021 | SMY | Conference | Conference with EPY re status of file review and preliminary findings | $300.00 | 0.50 | $150.00 |
| 11/09/2021 | EPY | Conference | Conference with SMY re preliminary findings based on file review | $390.00 | 0.50 | $195.00 |
| 11/09/2021 | SMY | Email exchange | Email exchange with client | $300.00 | 0.20 | $60.00 |
| 11/12/2021 | SMY | Email exchange | Email exchange with attorney Grebing re service of De Leon complaint | $300.00 | 0.20 | $60.00 |
| 11/12/2021 | SMY | Phone Call | Phone call with John Smaha re review of voluminous file | $300.00 | 0.20 | $60.00 |
| 11/12/2021 | SMY | Email exchange | Email exchange with client re status of review | $300.00 | 0.40 | $120.00 |
| 11/18/2021 | SMY | Email exchange | Email exchange with client re status of bankruptcy proceeding | $300.00 | 0.20 | $60.00 |
| 11/30/2021 | SMY | Analyze | Conduct in-depth analysis of malpractice claims re pre-judgment divorce issues | $300.00 | 2.00 | $600.00 |
| 12/03/2021 | DWB | Review | Review SMY e-mail; conference call w/ SMY and EPY (x2) re status and issues | $350.00 | 1.40 | $490.00 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/03/2021 | EPY | Conference | Conference with SMY and DWB re analysis of claims | $390.00 | 1.50 | $585.00 |
| 12/03/2021 | SMY | Conference | Review and revise outline/chronology; issue analysis; Conference with EPY and DWB re overview of malpractice analysis | $300.00 | 2.50 | $750.00 |
| 12/05/2021 | SMY | Draft | Draft attorney work product chronology, timeline, outline of major malpractice issues | $300.00 | 2.00 | $600.00 |
| 12/06/2021 | SMY | Review & Revise Document | Review and revise and continue drafting attorney work product chronology, timeline, outline of major malpractice issues | $300.00 | 4.00 | $1,200.00 |
| 12/06/2021 | SMY | Review & Revise Document | Review and revise and finalize attorney work product chronology, timeline, outline of major malpractice issues | $300.00 | 4.00 | $1,200.00 |
| 12/08/2021 | SMY | Phone Call | Video conference with Trustee Thomas Hebrank re analysis of malpractice claims | $300.00 | 0.50 | $150.00 |
| 12/08/2021 | EPY | Conference | Zoom conference with Trustee Thomas Hebrank re analysis of malpractice claims | $390.00 | 0.50 | $195.00 |
| 12/08/2021 | SMY | Conference | Conference with EPY/DWB re analysis of malpractice claims | $300.00 | 2.00 | $600.00 |
| 12/08/2021 | EPY | Conference | Conference with DWB and SMY re analysis of issues | $390.00 | 2.00 | $780.00 |
| 12/08/2021 | DWB | Conference | Conference with EPY and SMY re analysis of malpractice claims | $350.00 | 2.00 | $700.00 |
| 12/09/2021 | SMY | Phone Call | Phone call with Mr. Linett; conference with EPY re same | $300.00 | 1.00 | $300.00 |
| 12/21/2021 | EPY | Phone Call | Phone call with attorney Everett Barry and Kelly Tran re analysis of malpractice claims | $390.00 | 0.75 | $292.50 |
| 12/21/2021 | SMY | Phone Call | Phone call with attorney Everett Barry and Kelly Tran re analysis of malpractice claims | $300.00 | 0.75 | $225.00 |
| 01/10/2022 | SMY | Phone Call | Conference with EPY and DWB; Phone call with Kelly Tran | $300.00 | 0.50 | $150.00 |
| | | | Totals: | | 72.15 | $22,287.50 |

| | |
|---|---|
| Time Entry Sub-Total: | $22,287.50 |
| Sub-Total: | $22,287.50 |
| | |
| Total: | $22,287.50 |
| Amount Paid: | $0.00 |
| Balance Due: | $22,287.50 |