**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Everett G. Barry, Jr. (SBN 053119)
Kelly Ann Tran (SBN 254476)
Mulvaney Barry Beatty Linn & Mayers LLP
401 West "A" Street, 17th Floor
San Diego, CA 92101
Tel: (619) 238-1010  Fax: (619) 238-1981
Proposed General Counsel for Thomas C. Hebrank, Trustee

**Order Entered on**
**January 20, 2022**
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
DANA AARON LINETT, DBA EARLY AMERICAN
NUMISMATICS,

                                                    Debtor.

BANKRUPTCY NO. 19-05831-LA11

Date of Hearing:    N/A
Time of Hearing:    N/A
Name of Judge:      Hon. Louise DeCarl Adler

## ORDER ON TRUSTEE'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF MULVANEY BARRY BEATTY LINN & MAYERS LLP AS COUNSEL FOR THOMAS C. HEBRANK, TRUSTEE

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2)

through two (2) with exhibits, if any, for a total of two (2) pages, is granted. Motion/Application Docket Entry No. 307

//
//
//
//
//
//

DATED:        January 20, 2022

_Louise DeCarl Adler_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Mulvaney Barry Beatty Linn & Mayers LLP
 (Firm name)

By: /s/ Kelly Ann Tran
    Attorney for ☒ Movant ☐ Respondent

American LegalNet, Inc.
www.USCourtForms.com

CSD 1001A

CSD 1001A [11/15/04] (Page 2)

ORDER ON TRUSTEE'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF MULVANEY
BARRY BEATTY LINN & MAYERS LLP AS COUNSEL FOR THOMAS C. HEBRANK, TRUSTEE
DEBTOR: DANA AARON LINETT, DBA EARLY AMERICAN NUMISMATICS.    CASE NO: 19-05831-LA11

---

On January 5, 2022, Thomas C. Hebrank, Trustee ("Trustee") of the Irrevocable Linett Pool Trust Agreement ("Trust Agreement") made an Application for Approval of Employment of Mulvaney Barry Beatty Linn & Mayers LLP ("Application") seeking to employ the law firm of Mulvaney Barry Beatty Linn & Mayers LLP ("MBBLM") pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014. On January 19, 2022, the Supplemental Declaration of Kelly Ann Tran was filed in support of the Application.

Based upon the Application, the record and the verified statement required by Fed. R. Bankr. P. 2014(a), it appears that MBBLM is eligible to be employed as the Court is satisfied that MBBLM represents no interest adverse to the Trustee, the Debtor or the estate in the matters upon which it is to be engaged, that MBBLM's employment is necessary and would be in the best interests of the estate, that this case justifies employment of general bankruptcy counsel for the Trustee, that the notice of the Application was properly and adequately given to parties in interest, including the United States Truste, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Application is approved;

2. The Trustee is authorized to retain and employ MBBLM as his general bankruptcy counsel pursuant to 11 U.S.C. § 327. MBBLM shall be entitled to receive reasonable compensation for its services and to receive reimbursement of actual necessary expenses subject to the provisions and requirements of 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, and any other applicable or related statutes or rules, subject to further application and approval of this Court.

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

Signed by Judge Louise DeCarl Adler January 20, 2022

United States Bankruptcy Court
Southern District of California

In re:                                                                                           Case No. 19-05831-LA

Dana Aaron Linett                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                              User: Admin.                                           Page 1 of 2
Date Rcvd: Jan 20, 2022                      Form ID: pdfO4                                      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana Aaron Linett, P.O. Box 3541, Rancho Santa Fe, CA 92067-3541 |
| tr | + | Thomas C. Hebrank, 401 West A Street, 17th Floor, 401 West A Street, 17th Floor, SAN DIEGO, CA 92101 UNITED STATES 92101-7994 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022                              Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Byron B. Mauss | on behalf of Defendant U.S. Bank  NA bmauss@swlaw.com, idelgado@swlaw.com |
| Byron B. Mauss | on behalf of Creditor U.S. Bank National Association bmauss@swlaw.com  idelgado@swlaw.com |
| Byron B. Mauss | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bmauss@swlaw.com  idelgado@swlaw.com |
| David Ortiz | on behalf of United States Trustee United States Trustee david.a.ortiz@usdoj.gov USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov |
| Everett G. Barry, Jr | on behalf of Trustee Thomas C. Hebrank ebarry@mulvaneybarry.com |

District/off: 0974-3      User: Admin.      Page 2 of 2
Date Rcvd: Jan 20, 2022      Form ID: pdfO4      Total Noticed: 2

Gustavo E. Bravo
on behalf of Plaintiffs Dana Aaron Linett gbravo@smaha.com

Gustavo E. Bravo
on behalf of Debtor Dana Aaron Linett gbravo@smaha.com

John Smaha
on behalf of Debtor Dana Aaron Linett jsmaha@smaha.com  gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com

John Smaha
on behalf of Plaintiffs Dana A. Linett jsmaha@smaha.com  gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com

Kelly Ann Mai Khanh Tran
on behalf of Trustee Thomas C. Hebrank kelly@smalllawcorp.com  katelin@smalllawcorp.com

Michael Koch
on behalf of Interested Party Julia M. Garwood MLKoch@live.com  lblaw7@gmail.com;r40511@notify.bestcase.com

Michael Koch
on behalf of Creditor Julia M Garwood MLKoch@live.com  lblaw7@gmail.com;r40511@notify.bestcase.com

Michael D. Breslauer
on behalf of Mediator Michael D. Breslauer mbreslauer@swsslaw.com  wyones@swsslaw.com

Sean C Ferry
on behalf of Creditor Banco Popular North America sferry@raslg.com  bkyecf@rasflaw.com;sferry@ecf.courtdrive.com

Theron S Covey, III
on behalf of Creditor Banco Popular North America TheronCovey@gmail.com  sferry@raslg.com

Theron S Covey, III
on behalf of Creditor U.S. Bank National Association TheronCovey@gmail.com  sferry@raslg.com

Thomas B. Gorrill
on behalf of Creditor Barbara Linett tom@gorillalaw.com  r53431@notify.bestcase.com

Thomas B. Gorrill
on behalf of Counter-Claimant Barbara Linett tom@gorillalaw.com  r53431@notify.bestcase.com

Thomas B. Gorrill
on behalf of Creditor Beatrice Snider  APC tom@gorillalaw.com, r53431@notify.bestcase.com

Thomas B. Gorrill
on behalf of Defendant Barbara Linett tom@gorillalaw.com  r53431@notify.bestcase.com

United States Trustee
ustp.region15@usdoj.gov


TOTAL: 21