John L. Smaha, Esq.,     (Bar No. 95855)
Gustavo E. Bravo, Esq.   (Bar No. 218752)
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, CA  92110
(619) 688-1557
(619) 688-1558 (Facsimile)

Former Attorneys for Debtor, Dana Aaron Linett

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DANA AARON LINETT<br><br><br><br>Debtor. | Case No. 19-05831-LA11<br><br>Chapter 11<br><br>STIPULATION REGARDING SMAHA LAW GROUP FINAL FEE APPLICATION |

This Stipulation Regarding the Smaha Law Group's Final Fee Application (the "Stipulation") is entered into between the Smaha Law Group, APC ("SLG"), on the one hand and Tiffany L. Carroll, the Acting United States Trustee ("UST") on the other (collectively, they are referred to as the "Parties").

## RECITALS

A.  On or about January 11, 2022, SLG filed its final fee application ("Final Fee Application") in the above titled Bankruptcy Court seeking approval of its final attorneys' fees for the period of April 1, 2020, to December 31, 2021, in the amount of $456,630 in fees and $2,137.81 in costs.

B.  In addition, the Final Fee Application indicates that SLG had previously filed a first interim fee application for $141,187 in fees and $1,867.99 in costs. The Court previously awarded $98,830.90 in fees and $1,867.99 in costs to SLG. SLG received $69,524.75 in allowed

fees and costs in payment from the retainer previously received by SLG. The Final Fee Application requests final approval of previous interim awards ($98,830.91 in fees and $1,867.99 in costs), requests approval for payment of previously awarded yet unpaid fees in the amount of $31,174.14 and requests approval of the $42,356.10 previously held back by the Court. Overall, the final fee application requests new fees and costs in the amount of $458,767.81 and seeks final approval of $143,054.99 in fees and costs previously sought.

C. On or about January 25, 2022, the UST filed its opposition to the Final Fee Application objecting to approximately $46,690 in new fees sought by SLG on various grounds, alleging that the application contained vague and lumped time entries and time entries evidencing the performance of administrative/clerical and duplicative tasks.

D. SLG contacted the UST and indicated that in order to resolve the UST's objection and a separate objection filed by creditor, Barbara Linett (Docket Number 327), and to avoid the costs, risks, and delays of litigation, SLG was willing to voluntarily reduce its new fees in the aggregate amount of $50,000.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

**AGREEMENT**

1. Subject to Court approval of this Stipulation, SLG agrees to reduce its Final Fee Application by $50,000 in new attorneys' fees.

2. Subject to Court approval, SLG shall be entitled to an award of no greater than $406,630 in new fees and $2,137.81 in costs.

3. The UST shall withdraw its objection to SLG's Final Fee Application, contingent upon the Court entering an order consistent herewith.

IN WITNESS WHEREOF, the Parties hereto have caused this agreement to be duly executed by their respective authorized signatories.

[SIGNATURE PAGE FOLLOWS]

Dated: February 1, 2022          SMAHA LAW GROUP, APC

                                 By:    /s/  Gustavo E. Bravo
                                 John L. Smaha, Esq.
                                 Gustavo E. Bravo, Esq.
                                 Former Attorneys for Debtor and
                                 Debtor-in-Possession


Dated: February 1, 2022          TIFFANY L. CARROLL
                                 ACTING UNITED STATES TRUSTEE


                                 By:    /s Corina R. Pandeli
                                 Corina R. Pandeli, Esq.
                                 Attorney for the
                                 Acting United States Trustee

---

3
STIPULATION

John L. Smaha, Esq.  Bar No. 95855
Gustavo E. Bravo, Esq.  Bar No. 218752
**SMAHA LAW GROUP APC**
2398 San Diego Avenue
San Diego, California 92110
(619) 688-1557  Telephone
(619) 688-1558  Facsimile
Attorneys for Debtor, Dana Aaron Linett

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE                     Case No. 19-05831-LA11

<u>*In re Dana Aaron Linett*</u>

I am employed in the City of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 2398 San Diego Avenue, San Diego CA 92110.

On February 1, 2022, I caused to be served the following document(s) described as:

1. **STIPULATION REGARDING SMAHA LAW GROUP FINAL FEE APPLICATION**

U.S. TRUSTEE
Department of Justice
880 Front Street, Ste. 3230
San Diego, CA 92101

[X] **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope. I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

[X] **(To Be Served by the Court via Notice of Electronic Filing ("NEF")).** Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **February 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

| | |
|---|---|
| Everett G. Barry: | ebarry@mulvaneybarry.com |
| Gustavo E. Bravo: | gbravo@smaha.com |
| Michael D. Breslauer: | mbreslauer@swsslaw.com, wyones@swsslaw.com |
| Theron S Covey: | TheronCovey@gmail.com, sferry@raslg.com |
| Sean C Ferry: | sferry@raslg.com, bkyecf@rasflaw.com;sferry@ecf.courtdrive.com |
| Thomas B. Gorrill: | tom@gorillalaw.com, r53431@notify.bestcase.com |
| Michael Koch: | MLKoch@live.com, lblaw7@gmail.com;r40511@notify.bestcase.com |
| Byron B. Mauss: | bmauss@swlaw.com, idelgado@swlaw.com |
| David Ortiz: | david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov |

1

| | | |
|---|---|---|
| John Smaha: | jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com | |
| Kelly Ann Mai Khanh Tran | kelly@smalllawcorp.com, katelin@smalllawcorp.com | |
| United States Trustee: | ustp.region15@usdoj.gov | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 1, 2022**, San Diego, California.

/s/ *Amelda M. Dawson*
Amelda M. Dawswon

2